Recpt. 149691

Date: 01/19/10      **DIVIDENDS REMITTED TO THE COURT**     Page: 1

Case Number 07-14551 - ZIEGLER, ROBERT A.

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 000004 | 806.20 | 4.30 | CK 130 |
| Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 000007 | 498.22 | 2.66 | CK 133 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000017 | 746.18 | 3.98 | CK 142 |
| FIA Card Services, N. A.<br>Attn: Mr. M-BK<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713 | 000021 | 16.77 | 0.09 | CK 145 |
| Remittance Total | | 2,067.37 | 11.03 | |

*[signature]*
LAUREN A. HELBLING, Trustee

FILED 2010 JAN 20 PM 3:33   U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

Printed: 01/19/10 11:43 AM   Ver: 15.06